IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE FAIR LABOR          )
STANDARDS ACT             )
CASES AGAINST             )
WEST CORPORATION          )          ORDER

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by April 10, 2006, file their Report of Parties' Planning Conference as described in the letter to counsel accompanying this order. If counsel wish, they, may file one report for all cases, or for groups of cases, or for each case separately. This order applies to the following cases:

| Case No. | Caption |
|---|---|
| 8:06cv59 | Burns v. West |
| 8:06cv60 | Ellison v. West |
| 8:06cv61 | Kietmann v. West |
| 8:06cv62 | Kowalke v. West |
| 8:06cv63 | Peters v. West |
| 8:06cv64 | D'Agosta v. West |
| 8:06cv65 | Calkins v. West |
| 8:06cv66 | Sather v. West |
| 8:06cv67 | Cramer v. West |
| 8:06cv68 | Garcia v. West |
| 8:06cv69 | Castro v. West |
| 8:06cv70 | Mulkey v. West |
| 8:06cv71 | Myer v. West |
| 8:06cv72 | Kosloski v. West |
| 8:06cv73 | Petersen v. West |
| 8:06cv74 | Bizzarri v. West |
| 8:06cv75 | Richardson v. West |
| 8:06cv76 | Douglas v. West |
| 8:06cv77 | Coffelt v. West |
| 8:06cv78 | Inclan v. West |
| 8:06cv79 | Johnson v. West |
| 8:06cv80 | Mundo v. West |
| 8:06cv81 | Eadie v. West |
| 8:06cv82 | Tompkins v. West |
| 8:06cv83 | Atwood v. West |
| 8:06cv84 | Graves v. West |
| 8:06cv85 | DeHart v. West |
| 8:06cv86 | Wilson v. West |
| 8:06cv87 | Bilderback v. West |
| 8:06cv88 | Boyle v. West |

| | |
|---|---|
| 8:06cv89 | Freeman v. West |
| 8:06cv90 | Kabella v. West |
| 8:06cv91 | Matlock v. West |
| 8:06cv92 | Ryan v. West |
| 8:06cv93 | Radzewicz v. West |
| 8:06cv94 | Baker v. West |
| 8:06cv95 | Bentley v. West |
| 8:06cv96 | Watson v. West |
| 8:06cv97 | Ramsey v. West |
| 8:06cv98 | Gasbarro v. West |
| 8:06cv99 | Fay v. West |
| 8:06cv100 | Lindsey v. West |
| 8:06cv101 | Weaver v. West |
| 8:06cv102 | Lamb v. West |
| 8:06cv103 | McNamara v. West |
| 8:06cv104 | Young v. West |
| 8:06cv105 | Holt v. West |
| 8:06cv106 | Vidlak v. West |
| 8:06cv107 | Rhoades v. West |
| 8:06cv108 | Kyhn v. West |
| 8:06cv109 | Flynn v. West |
| 8:06cv110 | Tuckson v. West |
| 8:06cv111 | Steiger v. West |
| 8:06cv112 | Parnell v. West |
| 8:06cv113 | McLaughlin v. West |
| 8:06cv114 | Childers v. West |
| 8:06cv115 | Cistrunk v. West |
| 8:06cv116 | Swanson v. West |
| 8:06cv117 | Spencer v. West |
| 8:06cv118 | Guida v. West |
| 8:06cv119 | Kiec v. West |
| 8:06cv120 | Smith v. West |
| 8:06cv121 | Theim v. West |
| 8:06cv122 | Nikonov v. West |
| 8:06cv123 | Clemens v. West |
| 8:06cv124 | Vasta v. West |
| 8:06cv125 | Rudnick v. West |
| 8:06cv126 | Marsh v. West |
| 8:06cv127 | Hendershott v. West |
| 8:06cv128 | Hendershott v. West |
| 8:06cv129 | Portwood v. West |
| 8:06cv130 | Palmer v. West |
| 8:06cv131 | Schwarz v. West |
| 8:06cv132 | Parks v. West |
| 8:06cv133 | Mollman v. West |
| 8:06cv134 | Epps v. West |
| 8:06cv135 | Scobey v. West |
| 8:06cv136 | Lukens-Clagg v. West |
| 8:06cv137 | Silcott v. West |
| 8:06cv138 | Dorrell v. West |
| 8:06cv139 | Phillips v. West |
| 8:06cv140 | Carlson v. West |
| 8:06cv141 | Mariconda v. West |
| 8:06cv142 | Whitaker v. West |

| | |
|---|---|
| 8:06cv143 | Moore v. West |
| 8:06cv144 | Truitt v. West |
| 8:06cv145 | Jones v. West |
| 8:06cv146 | Allen v. West |
| 8:06cv147 | Thompson v. West |
| 8:06cv148 | Elix v. West |
| 8:06cv149 | Diaz v. West |
| 8:06cv150 | Harrison v. West |
| 8:06cv151 | Wise v. West |
| 8:06cv152 | Hooks v. West |
| 8:06cv153 | Carr v. West |
| 8:06cv154 | Mosier v. West |
| 8:06cv155 | Ortiz v. West |
| 8:06cv156 | O'Neal v. West |
| 8:06cv157 | St. Pierre v. West |
| 8:06cv158 | Minor v. West |
| 8:06cv159 | Wooldridge v. West |
| 8:06cv160 | Loudermilk v. West |
| 8:06cv161 | Dansby v. West |
| 8:06cv162 | Farr v. West |
| 8:06cv163 | Ryan v. West |
| 8:06cv164 | Galloway v. West |
| 8:06cv165 | DeWolfe v. West |
| 8:06cv166 | Krischel v. West |
| 8:06cv167 | Nichols v. West |
| 8:06cv168 | Rowley v. West |
| 8:06cv169 | Hamilton v. West |
| 8:06cv170 | Howell v. West |
| 8:06cv171 | Leisering v. West |
| 8:06cv172 | Elix v. West |
| 8:06cv173 | Comfort v. West |
| 8:06cv174 | Myers v. West |
| 8:06cv175 | Gottshall v. West |
| 8:06cv176 | Leon v. West |
| 8:06cv177 | Gales v. West |
| 8:06cv178 | Peratta v. West |
| 8:06cv179 | Bruner v. West |
| 8:06cv180 | O'Connor v. West |
| 8:06cv181 | Beasley v. West |
| 8:06cv182 | Harris v. West |
| 8:06cv183 | Alford v. West |
| 8:06cv184 | Allen v. West |
| 8:06cv185 | Riley v. West |
| 8:06cv186 | Foutz v. West |
| 8:06cv187 | Stanford v. West |
| 8:06cv188 | Elmaghrabi v. West |
| 8:06cv189 | Nathan v. West |
| 8:06cv190 | Brown v. West |
| 8:06cv191 | Terry v. West |
| 8:06cv192 | Gill v. West |
| 8:06cv193 | Jones v. West |
| 8:06cv194 | Parker v. West |
| 8:06cv195 | Mackey v. West |
| 8:06cv196 | McElroy v. West |

| | |
|---|---|
| 8:06cv197 | Kieffer v. West |
| 8:06cv198 | Cheesman v. West |
| 8:06cv199 | Anderson v. West |
| 8:06cv200 | Talley v. West |
| 8:06cv201 | Kotev v. West |
| 8:06cv202 | Burns v. West |
| 8:06cv203 | McLean v. West |
| 8:06cv204 | Rawlings v. West |
| 8:06cv205 | Welle v. West |
| 8:06cv206 | Mengwasser v. West |
| 8:06cv207 | Davis v. West |
| 8:06cv208 | Barr v. West |
| 8:06cv209 | Stewart v. West |
| 8:06cv210 | Garlitz v. West |
| 8:06cv211 | Ward v. West |
| 8:06cv212 | Streetman v. West |
| 8:06cv213 | Carter v. West |
| 8:06cv214 | Langley v. West |
| 8:06cv215 | O'Neal v. West |
| 8:06cv216 | Anglin v. West |
| 8:06cv217 | McCarver v. West |
| 8:06cv218 | Graves v. West |
| 8:06cv219 | McAlvain v. West |
| 8:06cv220 | Smith v. West |
| 8:06cv221 | Taylor v. West |
| 8:06cv222 | Martin v. West |
| 8:06cv223 | Brungardt v. West |
| 8:06cv224 | Key v. West |
| 8:06cv225 | Walker v. West. |

DATED March 10, 2006.

/s/ *David L. Piester*
United States Magistrate Judge